# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RAMIREZ, et al. <br><br> Plaintiffs, <br><br> v. <br><br> AMPAM PARKS MECHANICAL, INC., et al. <br><br> Defendants. | Case No. 5:24-cv-01038-KK-DTB <br><br> **[PROPOSED]** **ORDER ENTERING STIPULATED PROTECTIVE ORDER** |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the provisions of the filed stipulation between the parties regarding the use and protection of confidential material (the "Stipulated Protective Order") (ECF 37) shall be entered as the Order of the Court and be binding upon the parties.

DATED: August 14, 2024

_____
Hon. David T. Bristow
United States Magistrate Judge

1