# Subject to Application for Leave to File Under Seal