Shaun P. Martin (Cal. Bar No. 158480)
*smartin@sandiego.edu*
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Telephone: (619) 260-2347
Facsimile: (619) 260-7933

Eleanor Frisch (Cal. Bar No. 304408)
*efrisch@cohenmilstein.com*
Jacob T. Schutz (MNBA #0395648, admitted *pro hac vice*)
*jschutz@cohenmilstein.com*
COHEN MILSTEIN SELLERS
  & TOLL PLLC
400 South 4th Street # 401-27
Minneapolis, MN 55415
Tel.: (202) 408-4600
Fax: (202) 408-4699

[Additional counsel appear on signature page]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Alfredo Ramirez, Ramón Santos Castro and Ivan Fernandez, individually and as representatives of a class of all others similarly situated and on behalf of the AMPAM Parks Mechanical, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>AMPAM Parks Mechanical, Inc., Charles E. Parks III, John D. Parks, John G. | Case No. 5:24-cv-01038-KK (DTBx)<br><br>**FIRST JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS** |

FIRST JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS

1

| | |
|---|---|
| Mavredakis, Kushal B. Kapadia, the AMPAM Board of Directors, Neil Brozen, Ventura Trust Company, James C. Wright III, Kevin Dow, James Ellis, Steve Grosslight, and Mike Matkins,<br><br>                Defendants. | Current Deadline for Motion for Class Certification: October 25, 2024<br><br>Judge: Hon. Kenly K. Kato<br>Courtroom: 3<br><br>**First Requested Extension** |

       Pursuant to Local Rule 7.1, Plaintiffs Alfredo Ramirez, Ramón Santos Castro and Ivan Fernandez, and Defendants AMPAM Parks Mechanical, Inc. ("AMPAM"), Charles E. Parks III, John D. Parks, John G. Mavredakis, Kushal B. Kapadia, the AMPAM Board of Directors, Neil Brozen, Ventura Trust Company, James C. Wright III, Kevin Dow, James Ellis, Steve Grosslight, and Mike Matkins, by and through their respective counsel of record, hereby stipulate, agree, and request the Court extend Plaintiffs' deadline to file their Motion for Class Certification from October 25, 2024 to February 6, 2025, and set a briefing schedule on Defendants' anticipated motions to dismiss the First Amended Complaint.

       In support of this stipulation and request, the parties state as follows:

       1.     The parties held a joint Rule 26(f) conference on July 17, 2024. ECF 36.

       2.     On September 3, 2024, Plaintiffs filed their First Amended Complaint. ECF 57.

       3.     Defendants' deadline to respond to the First Amended Complaint is November 12, 2024. ECFs 62, 65, 74, 79. Defendants' represent that they currently intend to file motions to dismiss the First Amended Complaint.

FIRST JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS

4. Pursuant to Section VII.1 of the Court's Civil Standing Order (ECF 9), Plaintiffs are currently required to file their motion for class certification on October 25, 2024.

5. Plaintiffs represent that they have diligently pursued party and third-party discovery and are prepared to file their motion for class certification on October 25.

6. Defendants represent that additional time is need before Defendants will be prepared to address class certification issues in this case. Defendants also believe that their anticipated motions to dismiss the First Amended Complaint should be briefed and heard by the Court before Plaintiffs file their motion for class certification and before Defendants must file their Opposition to the motion for class certification.

7. Having met-and-conferred regarding the case schedule and the forthcoming motions, the parties have agreed to proposed briefing schedules for Defendants' anticipated motions to dismiss and for Plaintiffs' forthcoming motion for class certification that addresses the parties' respective concerns and will allow the motions to be addressed by the Court in a timely and orderly manner.

8. The parties have agreed to the following deadlines for Defendants' anticipated motions to dismiss, which takes into account counsel's schedules, other case commitments, and the upcoming holidays:

Motions Deadline: November 12, 2024 (already set by Court order)
Opposition Deadline: December 19, 2024
Reply Deadline: January 16, 2025
Hearing: January 30, 2025 (if available)

9. The parties have also agreed to the following deadlines in connection with class certification, which will allow the parties to fully brief any issues raised

FIRST JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS

3

in Defendants' anticipated motions to dismiss before Plaintiffs file their motion for class certification:

> Class Certification Motion Deadline: February 6, 2025
> Opposition Deadline: March 6, 2025
> Reply Deadline: April 3, 2025
> Hearing: April 24, 2025 (if available)

10. The Court has not yet held a Rule 16 conference or entered any case management order. As a result, no deadlines will be impacted by this stipulation and no party will be prejudiced.

11. This is the parties' first request to extend the deadlines for class certification and the first request to set a briefing schedule in connection with the anticipated motions to dismiss the First Amended Complaint.

12. The parties agree that good cause exists to extend Plaintiffs' deadline to file their motion for class certification under these circumstances and to set the proposed deadlines for Defendants' forthcoming motions to dismiss.

**IT IS SO STIPULATED**

Dated: October 22, 2024

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: */s/ Ryan A. Wheeler*
MICHELLE C. YAU
RYAN A. WHEELER

*Attorneys for Plaintiffs*

FIRST JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS

4

Dated: October 22, 2024     **MCDERMOTT WILL & EMERY LLP**

By: /s/ Julian L. Andre
    JULIAN L. ANDRE
    J. CHRISTIAN NEMETH

*Attorneys for Defendants Neil Brozen and Ventura Trust Company*

Dated: October 22, 2024     **GROOM LAW GROUP, CHARTERED**

By: /s/ Sarah M. Adams
    SARAH M. ADAMS
    LARS C. GOLUMBIC
    SHAUN A. GATES
    LAWRENCE E. BRETT

*Attorneys for Defendants AMPAM Parks Mechanical, Inc., Charles E. Parks III, John D. Parks, John G. Mavredakis, Kushal B. Kapadia, the AMPAM Board of Directors, James C. Wright III, Kevin Dow, James Ellis, Steve Grosslight, and Mike Matkins.*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ryan A. Wheeler, hereby attest and certify that the content of this document is acceptable to signing counsel for Defendants, and that signing counsel for Defendants concurs in the filing's content and has authorized the filing with his signature affixed hereto.

FIRST JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTIONS TO DISMISS

5