# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION AT RIVERSIDE

| | |
|---|---|
| ALFREDO RAMIREZ, et al., | Case No. 5:24-cv-01038-KK-DTB |
| Plaintiffs, | [~~PROPOSED~~] STIPULATED PROTECTIVE ORDER REGARDING DEPOSITION OF DEFENDANT NEIL BROZEN |
| v. | |
| AMPAM PARKS MECHANICAL, INC., et al., | |
| Defendants. | |

On February 12, 2026, Defendants Neil Brozen and Ventura Trust Company, and Plaintiffs Alfredo Ramirez and Ramon Santos Castro, by and through their respective counsels of record, filed a Stipulation and Request for Protective Order Regarding Deposition Of Defendant Neil Brozen pursuant to Federal Rule of Civil Procedure 26(c)(1).

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby **GRANTS** the Stipulation and Request and **ORDERS** as follows:

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Defendant Neil Brozen shall not be required to disclose to Plaintiffs during his deposition the names or other specific identifying information of other companies, clients, and ESOPs that are not

parties to this litigation and have been the subject of non-public investigations by the United States Department of Labor.

**IT IS ORDERED.**

Dated: February 13, 2026

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

- 2 -

STIPULATED PROTECTIVE ORDER REGARDING NEIL BROZEN DEPOSITION