Shaun P. Martin (Cal. Bar No. 158480)
*smartin@sandiego.edu*
2804 Ellendale Place
Los Angeles, CA 90007
Telephone: (619) 260-2347
Facsimile: (619) 260-7933

Michelle C. Yau (DCBA #980449,
MABA #657236, admitted pro hac vice)
*myau@cohenmilstein.com*
Daniel R. Sutter (DCBA # 198411,
Md. Bar, admitted *pro hac vice*)
*dsutter@cohenmilstein.com*
COHEN MILSTEIN SELLERS
 & TOLL PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

[Additional Counsel Listed on Signature Page]

*Counsel for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| Alfredo Ramirez, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>AMPAM Parks Mechanical, Inc., et al.,<br><br>              Defendants. | Case No. 5:24-cv-01038-KK (DTBx)<br><br>**ORDER RE: STAY OF ALL REMAINING DEADLINES** |

ORDER RE: STAY OF ALL REMAINING DEADLINES AND TRIAL

1

On June 29, 2026, Plaintiffs Alfredo Ramirez and Ramón Santos Castro and Defendants AMPAM Parks Mechanical, Inc. ("AMPAM"), Charles E. Parks III, John D. Parks, John G. Mavredakis, Kushal B. Kapadia, the AMPAM Board of Directors, Neil Brozen, Ventura Trust Company, James C. Wright III, Kevin Dow, James Ellis, Steve Grosslight, Mike Matkins, CHARKAT LLC, the trustee(s) of the John D. Parks Living Trust, and the trustee(s) of the Mavredakis Family Trust, by and through their respective counsel of record, filed a Joint Report on Settlement and First Joint Stipulation to Stay All Remaining Deadlines.

The Court, having considered the Parties' Joint Stipulation and finding good cause shown, hereby ORDERS as follows:

1. The Parties' Joint Stipulation is GRANTED.

2. The hearing on Defendants' Motion for Summary Judgment scheduled for August 13, 2026 is ADJOURNED.

3. The Final Pretrial Conference scheduled for September 10, 2026 is ADJOURNED.

4. The trial scheduled to begin on September 28, 2026 is ADJOURNED.

5. All remaining deadlines in this action are STAYED pending preliminary approval of the settlement.

6. Plaintiffs' Motion for Preliminary Approval of the Settlement shall be filed by August 10, 2026.

**IT IS SO ORDERED.**

Dated: June 30, 2026

_____
The Honorable Kenly Kiya Kato
United States District Judge
Central District of California

ORDER RE: STAY OF ALL REMAINING DEADLINES AND TRIAL